■ LIBERTY MUTUAL INSURANCE COMPANY et al., Appellants, v JOANNE V. COAXUM, Respondent. — In an action, *inter alia,* for an injunction, plaintiffs

appeal from an order of the Supreme Court, Suffolk County (Orgera, J.), dated December 1, 1983, which denied their motion for a preliminary injunction. ¶ Order affirmed, with costs. It is directed that this case proceed as a preferred matter and that the trial begin on or before June 22, 1984. ¶ On the facts set forth in the record, plaintiffs have not demonstrated their entitlement to a preliminary injunction. However, in view of the nature of the claim, we direct that the case proceed as a preferred one and that the trial begin on or before June 22, 1984. Mangano, J. P., O'Connor, Weinstein and Niehoff, JJ., concur.